# UNITED STATES OF AMERICA

# IN NORTHERN DISTRICT OF OHIO

ILIR XHELAJ,

    Plaintiff,                                  Case#

Vs.                                           Hon:

P & R RANDHAWA TRANSPORT, INC., AND KULTAR DHALIMAL SINGH, Joint or Severally,

    Defendants.

_____/

JOSEPH DEDVUKAJ (P51335)

Attorney for Plaintiff

1277 West Square Lake Road

Bloomfield Hills, Michigan 48302

Phone#(248) 352-2110

Fax#(248) 352-0880

Email: jdlawfirm@aol.com

_____/

**There is a prior declaratory judgment civil action arising out of the same incident, assigned to Judge Annette J. Berry, Case#23-006531-CK.**

# COMPLAINT

    Now Comes the Plaintiff, ILIR XHELAJ, by and through his attorneys The Joseph Dedvukaj Firm, P.C., by Joseph Dedvukaj and for his complaint against the defendants, states:

1. Plaintiff, Ilir Xhelaj, is a resident of Wayne County, State of Michigan.

2. Defendant, P & R RANDHAWA TRANSPORT, INC., conducts a regular and systematic part of its business in the Cuyahoga County, State Of Ohio.

3. Defendant, KULTAR DHALIMAL SINGH, is a resident of Brampton, Ontario.

4. This court's jurisdiction is under 28 U.S.C.§1332 based upon diversity of citizenship.

5. This claim is otherwise within the jurisdiction of this court and exceeds the jurisdictional limit of $25,000.

6. At the time of the incident a commercial truck driver, KULTAR DHALIMAL SINGH, worked for Defendant P & R RANDHAWA TRANSPORT, INC.

7. KULTAR DHALIMAL SINGH was acting within the course and scope of his employment at P & R RANDHAWA TRANSPORT, INC when he negligently caused the plaintiff's injuries.

8. Defendant P & R RANDHAWA TRANSPORT, INC is directly and vicariously liable for plaintiff's injuries.

## **COUNT I – NEGLIGENCE AS TO DEFENDANT P & R RANDHAWA TRANSPORT, INC'S TRUCK DRIVER KULTAR DHALIMAL SINGH**

9. Plaintiff incorporates by reference paragraph 1 – 8.

10. On July 1, 2022, at approximately 3:36 p.m., the plaintiff was traveling westbound on Interstate 90.

11. Defendant P & R RANDHAWA TRANSPORT, INC'S truck driver KULTAR DHALIMAL SINGH was the operator of 2003 Freightliner truck bearing Ontario plate#PA57463/VIN#1FUJBBCGX3PJ63228 traveling eastbound on Interstate 90, when he struck the rear of a 2013 GMC truck, then drove through the median and crossed into westbound lanes, striking the Plaintiff's vehicle.

12. At the time of the collision Defendant P & R RANDHAWA TRANSPORT, INC's driver, KULTAR DHALIMAL SINGH, was eastbound on I-90 in the far left lane, at a high rate of speed, when he suddenly and without warning crossed the median and into plaintiff's lane of traffic, striking the Plaintiff's vehicle, and causing Plaintiff severe and permanent injuries.

13. Defendant P & R RANDHAWA TRANSPORT, INC was the motor carrier.

14. At the time of the accident the weather was daylight, dry, and clear.

15. Plaintiff, ILIR XHELAJ, is free of any fault.

16. Ohio State Police investigated the crash and found that Defendant P & R RANDHAWA TRANSPORT, INC's driver KULTAR DHALIMAL SINGH was driving too fast for conditions, failed to keep an assured clear distance

from vehicles ahead, and/or failed to maintain control of his commercial vehicle.

17. On said date, the Defendant, P & R RANDHAWA TRANSPORT, INC and KULTAR DHALIMAL SINGH, committed acts and omissions of negligence, which are based upon a violation of the Federal Motor Carrier Safety Regulations and statutes of the State of Ohio, in the following manner:

a. Defendant P & R RANDHAWA TRANSPORT, INC's driver improperly changed lanes in violation of § 40-6-48, before it was safe to do so;

b. Defendant KULTAR DHALIMAL SINGH failed to keep an assured clear distance ahead;

b. Defendant P & R RANDHAWA TRANSPORT, INC's driver failed to maintain control of the truck and trailer at all times;

c. Defendant KULTAR DHALIMAL SINGH was a distracted or fatigued driver in violation of state and federal statutes;

d. Defendant P & R RANDHAWA TRANSPORT, INC's driver to keep in the eastbound lanes;

e. Defendant P & R RANDHAWA TRANSPORT, INC's driver failed to maintain an assured clear distance from vehicles ahead;

f. Defendant P & R RANDHAWA TRANSPORT, INC's driver was going too fast for the road conditions to maintain control of the tractor trailer;

g. Defendant P & R RANDHAWA TRANSPORT, INC's driver failed to inspect, and replace tires on tractor/trailer.

h. P & R RANDHAWA TRANSPORT, INC failed to comply with 49 C.F.R. Sec. 383-51, Sec. 383.31-37, 383.77 and 383.110-113 regarding Singh's' commercial driver's license;

i. P & R RANDHAWA TRANSPORT, INC's driver failed to comply with 49 C.F.R. Sec. 393.45, 393.47(e), and 393.53(b) regarding vehicle non-compliance;

j. P & R RANDHAWA TRANSPORT, INC's driver failed to comply with 49 C.F.R. sec 391 regarding driver certification and qualifications;

k. P & R RANDHAWA TRANSPORT, INC's driver failed to comply with 49 C.F.R. 382 requiring alcohol and drug testing;

l. P & R RANDHAWA TRANSPORT, INC's driver failed to comply with 49 C.F.R. Sec 392.14 regarding the reduction of speed and use of extreme caution in hazardous conditions;

m. P & R RANDHAWA TRANSPORT, INC's driver failed to comply with 49 C.F.R. sec. 392.3 regarding the driver operation of vehicle while ill or fatigued;

n. P & R RANDHAWA TRANSPORT, INC's driver failed to complaint with 49 C.F.R. sec. 391.41 regarding driver's medical examination and certification;

o. P & R RANDHAWA TRANSPORT, INC's driver failed to comply with 49 C.F.R. sec. 380.503 requiring driver mandated entry level training;

p. P & R RANDHAWA TRANSPORT, INC's driver failed to comply with 49 C.F.R. sec. 395 requiring driver to comply with hours of service rules;

q. P & R RANDHAWA TRANSPORT, INC's driver failed to comply with 49 C.F.R. sec. 395.8(e) and (k) driver failure to complete, failure to preserve, making false report of duty and retention;

r. P & R RANDHAWA TRANSPORT, INC's driver failed to comply with 49 C.F.R. 396.3(a)(1) regarding the safe and proper operating condition at all times;

s. P & R RANDHAWA TRANSPORT, INC's driver failed to comply with 49 C.F.R. 396.7 (a) regarding the operation of the commercial motor vehicle in such a condition as likely to cause an accident; and

t. Defendants may have been negligent in some other manner which discovery may show.

18. In addition to being directly and vicariously liable, Defendant P & R RANDHAWA TRANSPORT, INC's is also liable under the Michigan owner's liability statute.

## COUNT II – NEGLIGENT HIRING AND RETENTION

19. Plaintiff hereby incorporates paragraphs No. 1 through No. 17 of this Complaint as if set forth fully herein.

20. Defendant P & R RANDHAWA TRANSPORT, INC had a duty to use reasonable care to select an employee who was competent and fit to perform the duties required as an employee. Defendant P & R RANDHAWA TRANSPORT, INC owed such duty to Plaintiff and such duty was breached.

21. Defendant P & R RANDHAWA TRANSPORT, INC knew, or should have known, that Defendant KULTAR DHALIMAL SINGH would be likely to operate a motor vehicle in a negligent and reckless manner.

22. Defendant P & R RANDHAWA TRANSPORT, INC knew, or should have known, that Defendant KULTAR DHALIMAL SINGH was not competent or fit for the duties required of him as an employee. Defendant P & R RANDHAWA TRANSPORT, INC breached their duty to use reasonable

care to select and retain an employee that was competent and fit for the position.

23. As a result of Defendant P & R RANDHAWA TRANSPORT, INC is negligence in hiring and retaining Defendant KULTAR DHALIMAL SINGH, Plaintiff was injured as alleged.

## DAMAGES

24. Plaintiff incorporates by reference paragraph 1 – 22.
25. Defendant P & R RANDHAWA TRANSPORT, INC's and KULTAR DHALIMAL SINGH are accountable for the acts and omissions of negligence which were a proximate cause of the plaintiff's injuries.
26. At the time of the motor vehicle collision, the plaintiff, ILIR XHELAJ, was 66 years old and in good general health.
27. Plaintiff, ILIR XHELAJ, injuries constitute a serious impairment of an important bodily function which affected and continues to affect his ability to lead a normal life and serious permanent disfigurement.
28. Plaintiff's injuries, include but are not limited to, traumatic head injury with Post-concussion syndrome secondary to 7/1/22 MVA; face; nose; cheeks; chin; left ear; right lower leg; left hand; left wrist; back; neck; left arm; left elbow; left shoulder; left knee; left shoulder impingement syndrome; left hip; left knee contusion; C2-3, C3-4, C4-5 disc bulge type herniations with

foraminal stenosis; low back herniated discs L1-L2 and annular tear at L4-5 with bulging disc at L5-S1; left AC joint impingement; right thigh contusion; cervical radiculopathy; lumbar radiculopathy; left shoulder contusion; and Post-traumatic stress disorder; upper back; numbness and tingling; memory difficulty; spinal enthesopathy; cervicalgia; carpal tunnel syndrome; and permanent residual impairment; adjustment disorder with anxiety and depression; and injuries to other parts of his body as well as other related and appreciable difficulties, injuries, or consequences that have occurred, developed, or aggravated any pre-existing problem which might have existed.

29. Plaintiff ILIR XHELAJ has lost wage and his earning capacity in the past, present and future.

30. Plaintiff ILIR XHELAJ has also incurred economic expenses which exceed no-fault insurance reimbursement and defendant is responsible to pay ay differential in medical expenses, replacement services and wages loss. Plaintiff is also seeking past, present, and future economic losses consisting of same kind of economic damages.

Wherefore, the plaintiff, ILIR XHELAJ, pray this Honorable Court will enter judgment against the Defendants, P & R RANDHAWA TRANSPORT, INC., AND KULTAR DHALIMAL SINGH, Joint or Severally, and in favor of the plaintiff for an amount in excess of $75,000, deemed fair and just, and award attorney fees, costs,

and interest so wrongfully incurred.

                              Respectfully submitted,

                              THE JOSEPH DEDVUKAJ FIRM, P.C.

                              By: **/s/ Joseph Dedvukaj**
                                  Joseph Dedvukaj (P51335)
                                  Attorney for Plaintiff
                                  1277 West Square Lake Road
                                  Bloomfield Hills, Michigan 48302
                                  Phone#(248) 352-2110
                                  Fax#(248) 352-0880
                                  Email: jdlawfirm@aol.com