UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ILIR XHELAJ, | ) | Case No. :  1:23 CV 2093 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| P&R RANDHAWA TRANSPORT, INC., et al., | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendants. | ) | |

Counsel have notified the Court that the above captioned matter has been settled. Accordingly, this action is DISMISSED WITH PREJUDICE.

Parties may file any additional documentation evidencing the settlement within 45 days of the entry of this Order.

IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: March 6, 2025